UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 24-1901
_____

JANET SLOAN,
                              Appellant

v.

SLOAN CONSTRUCTION COMPANY; LEON SLOAN, SR.;
SARA SLOAN, jointly and severally
_____

Present: SHWARTZ, MATEY, and McKEE, Circuit Judges

**ORDER**

The opinion filed in this case contained citations which appeared as bolded text.  The Court has amended the opinion to remove the bolded text.  The Clerk is directed to file the amended opinion. As this amendment is clerical in nature, the original filed date of the opinion and the judgement shall not be altered.


                                        By the Court,

                                        s/ Patty Shwartz
                                        Circuit Judge


Date: December 9, 2024

kr/cc: All Counsel of Record